MANATT, PHELPS & PHILLIPS, LLP
SUSAN K. HORI (State Bar No. 091429)
KELI N. OSAKI (State Bar No. 179920)
695 Town Center Drive, 14th Floor
Costa Mesa, CA  92626-1924
Telephone:  (714) 371-2500 / Facsimile:  (714) 371-2550
shori@manatt.com
kosaki@manatt.com

*Attorneys for Petitioner*
CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION

DOWNEY BRAND LLP
STEVEN P. SAXTON (State Bar No. 116943)
DAVID R.E. ALADJEM (State Bar No. 152203)
ELLEN L. TRESCOTT (State Bar No. 252082)
ssaxton@downeybrand.com
daladjem@downeybrand.com
etrescott@downeybrand.com

*Attorneys for Respondent*
CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, a California corporation,<br><br>Petitioner,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, a California state agency, and DOES 1-50,<br><br>Respondents. | Case No.  2:10-CV-01131-LKK-JFM<br><br>**NOTICE OF TENTATIVE SETTLEMENT OF ENTIRE ACTION AND REQUEST FOR CONTINUANCE OF DEADLINE TO FILE REPLY BRIEFS AND FURTHER HEARING DATE ON MOTION FOR REMAND; AND ORDER THEREON** |

300115745.1

NOTICE IS HEREBY GIVEN that Petitioner California Correctional Peace Officers Association and Respondent California Department of Corrections and Rehabilitation have reached a tentative settlement agreement in the above-captioned case, which if finalized will result in the dismissal of the entire action. The parties believe they have reached an agreement in principle on the material settlement terms and are in the process of finalizing a written settlement agreement memorializing those terms. The parties anticipate that the settlement agreement will be complete and fully executed by Friday, June 25, 2010.

Given this status and the parties' desire to avoid unnecessary expenses litigating this case, the parties request that the following dates be continued as follows:

1.  The June 24, 2010 deadline to file reply briefs pursuant to this Court's June 7, 2010 Order be continued to July 15, 2010; and,

2.  The continued hearing on Petitioner's Motion for Remand and the issues set forth in the Court's June 7, 2010 Order be continued to July 23, 2010 at 10:00 a.m.

Dated:   June 22, 2010        MANATT, PHELPS & PHILLIPS, LLP


                              By:    /s/ Keli N. Osaki
                                     Keli N. Osaki
                                     *Attorneys for Petitioner*
                                     CALIFORNIA CORRECTIONAL PEACE
                                     OFFICERS ASSOCIATION


Dated:   June 22, 2010        DOWNEY BRAND LLP


                              By:    /s/ Steven P. Saxton
                                     Steven P. Saxton
                                     *Attorneys for Respondent*
                                     CALIFORNIA DEPARTMENT OF
                                     CORRECTIONS AND REHABILITATION

300115745.1

2

**NOTICE OF TENTATIVE SETTLEMENT OF ENTIRE ACTION AND REQUEST FOR CONTINUANCE**

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

1 | IT IS SO ORDERED.

2

3 | Dated: June 23, 2010

```
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

300115745.1                             3

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

**NOTICE OF TENTATIVE SETTLEMENT OF ENTIRE
ACTION AND REQUEST FOR CONTINUANCE**