MANATT, PHELPS & PHILLIPS, LLP
SUSAN K. HORI (State Bar No. 091429)
shori@manatt.com
KELI N. OSAKI (State Bar No. 179920)
kosaki@manatt.com
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626-1924
Telephone: (714) 371-2500 / Facsimile: (714) 371-2550

Attorneys for Petitioner
CALIFORNIA CORRECTIONAL PEACE OFFICERS
ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, a California corporation,<br><br>Petitioner,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, a California state agency, and DOES 1-50,<br><br>Respondents. | Case No. 2:10-CV-01131-LKK-JFM<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

300118643.1

**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL**

Pursuant to the parties' stipulation of dismissal with prejudice of the above-referenced action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which was filed with this Court on June 24, 2010, this action is dismissed with prejudice.

Dated: June 29, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing will be e-filed on June 29, 2010 and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

/s/ Keli N. Osaki
KELI N. OSAKI